# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| JOHN SHAPIRO, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:25-cv-373 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| JOY CAMPANELLI, | ) | Magistrate Judge Dumitru |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## **ORDER**

On December 22, 2025, United States Magistrate Judge Michael J. Dumitru filed a Report and Recommendation [Doc. 7] pursuant to 28 U.S.C. § 636(b) and the Rules of this Court. The Magistrate Judge recommends, after screening Plaintiff's Complaint [Doc. 2] pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's Complaint [Doc. 2] be dismissed without prejudice for failure to state a proper claim over which this Court has jurisdiction. [Doc. 7]. The Magistrate Judge also recommends Plaintiff's Application to Proceed In Forma Pauperis [Doc. 1] be denied as moot. [Doc. 7]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Dumitru's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Dumitru's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 7]. Plaintiff's

---

[1] Magistrate Judge Dumitru advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 7 at 5 n.3]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Complaint [Doc. 2] is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Application to

Proceed In Forma Pauperis [Doc. 1] is **DENIED AS MOOT** with no filing fee assessed.

    **AN APPROPRIATE JUDGMENT WILL ENTER.**

    **SO ORDERED**.

                      */s/ Charles E. Atchley, Jr.*
                      **CHARLES E. ATCHLEY, JR.**
                      **UNITED STATES DISTRICT JUDGE**